LODGED

2025 AUG 28 PM 4:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: ____________

CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JAMES ANGLIN FLYNN (Bar No. 337608)
Email: james_flynn@fd.org
AYAH A. SARSOUR (Bar No. 340280)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, CA 90012-4202
Telephone: (213) 894-2854
Fax: (213) 893-0081

Attorneys for Defendant
JAIME HECTOR RAMIREZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAIME HECTOR RAMIREZ,<br>Defendant. | Case No. 5:25-cr-264-SSS<br><br>**(PROPOSED) ORDER GRANTING MOTION TO DISMISS AND TO DISQUALIFY (Doc. 8)** |

On August 28, 2025, Defendant moved to void and dismiss the indictment with prejudice and to disqualify Mr. Essayli and his supervisees from participating in criminal prosecutions in this district.

The court, having considered Defendant's Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. The indictment, Dkt. 1, is declared void and dismissed with prejudice;

2. Mr. Essayli is disqualified from participating in criminal prosecutions in this district and from supervising any government attorneys prosecuting criminal matters in this district; and
3. Any government attorney acting under the authority or supervision of Mr. Essayli is disqualified from participating in criminal prosecutions in this district.

IT IS SO ORDERED.

Dated:

____________________________________
SUNSHINE S. SYKES
United States District Judge

## DECLARATION OF SERVICE

I, James Anglin Flynn, certify and declare that:

On August 28, 2025, counsel for the United States agreed in writing to accept service in this matter by email.

On August 28, 2025, I served the below-listed documents on counsel by email addressed to Assistant United States Attorney Frances S. Lewis at Frances.Lewis@usdoj.gov.

1. Unopposed Ex Parte Application to File Oversized Memorandum and to Set Briefing Schedule; Declaration of Counsel
2. [Proposed] Order Granting Ex Parte Application to File Oversized Memorandum and to Set Briefing Schedule
3. Notice of Motion and Motion to Dismiss Indictment and to Disqualify; Exs. 1–2
4. Declaration of Counsel re: Motion to Dismiss and to Disqualify
5. [Proposed] Order Granting Motion to Dismiss and to Disqualify

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 28, 2025

By: */s/ James Anglin Flynn*
JAMES ANGLIN FLYNN
Deputy Federal Public Defender

*Attorney for Defendant Jaime Ramirez*