UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

| Case No. | CR 25-00655-MEMF & ED CR 25-00264-SSS | Date | September 11, 2025 |
|---|---|---|---|
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

| Interpreter | N/A |
|---|---|

| Derek Davis | Sharon Seffens | Frances Lewis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Ismael Garcia, Jr. | **NOT** | | | James A. Flynn, DFPD | ✓ | ✓ | |
| Jamie Hector Ramirez | **NOT** | | | Ayah Sarsour, DFPD | ✓ | ✓ | |

**Proceedings:** Zoom Status Conference re Motions to Dismiss Indictment and Disqualify Counsel as to Bilal A. Essayli and His Supervisees

Cause called and counsel make their appearance. The hearing is held via Zoom videoconference. As stated on the record, defense counsel orally waives their clients' presence at the hearing. The Court and counsel confer regarding the Motions to Dismiss Indictment and Disqualify Counsel as to Bilal A. Essayli and His Supervisees.

The Court sets the following dates:
The Government's responses are due no later than September 19, 2025. Defendants' replies are due no later than September 26, 2025. The Court sets a hearing on the Motions for October 14, 2025 at 1:30 p.m. in a courtroom to be determined at a later time.

Counsel are reminded to serve the any documents relating to these motions to the Courtroom Deputy Clerk at DMG_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

0:07 | 0:07