**STRIS & MAHER LLP**
MATTHEW SELIGMAN (SBN 288980)
    mseligman@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800

**FREE AND FAIR LITIGATION GROUP, INC.**
Carey R. Dunne (*pro hac vice* forthcoming)
    carey@freeandfair.org
Mónica Folch (*pro hac vice* forthcoming)
    monica@freeandfair.org
266 W. 37th St., 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

Attorneys for Amici Curiae

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. Crim. No. 5:25-cr-00264 |
| Plaintiff, | **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY BIPARTISAN GROUP OF CURRENT AND FORMER MEMBERS OF CONGRESS** |
| v. | |
| Jaime Hector Ramirez, | |
| Defendant. | Hon. John M. Seabright |

Amici Lloyd Doggett, Wayne Gilchrest, Stephen Lynch, Frank Pallone, Bennie Thompson, and Nydia Velázquez ("amici") respectfully move for leave to appear as amici curiae and to file the proposed brief, attached hereto. Counsel for amici conferred with counsel for all parties and no party opposes this motion.

The "classic role of amicus curiae" is to assist in a case of general public interest by "supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). "The district court has broad discretion to appoint amici curiae" and may exercise discretion when "satisfied that amicus [is] helpful to it in investigating the facts and advising it[.]" *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds*, *Sandin v. Conner*, 515 U.S. 472 (1995). Most courts grant amicus participation "when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Duronslet v. Cnty. of Los Angeles*, No. 2:16-cv-08933, 2017 WL 5643144, at *1 (C.D. Cal. Jan. 23, 2017); *Stross v. Glass Homes, Inc.*, No. 2:21-cv-06436, 2022 WL 21310031, at *1 (C.D. Cal. Apr. 4, 2022) (same).

Amici are a bipartisan group of current and former members of Congress who, during their tenures, exercised the legislative powers vested in Congress by Article I of the Constitution and their authority under the Appointments Clause to establish the statutory structure for the appointment of certain executive branch officers. Amici participated in the consideration and passage of the Preserving United States Attorney

Independence Act of 2007 (the "Act"), codified in 18 U.S.C. § 546, which restored the 120-day limit on interim appointments of United States Attorneys now codified in § 546(c). The Act reflected Congress's considered judgment—rooted in the Constitution's separation of powers framework—that the appointment of U.S. Attorneys must be subject to meaningful checks, including the Senate's advice and consent, except in limited circumstances expressly provided by law.

Amici submit this brief to provide the Court with the legislative and constitutional context in which the relevant statutory scheme was enacted, and to underscore the structural principles at stake in the proper application of these provisions. In amici's view, the Administration's recent actions to extend Bilal Essayli's tenure as U.S. Attorney beyond the statutory limit, without Senate confirmation, implicates the very separation of powers concerns amici and Congress sought to address in 2007.

Amici respectfully request the Court grant them leave to file the attached proposed amicus brief.

1 | DATED: October 10, 2025

Respectfully submitted,

**STRIS & MAHER LLP**

*/s/ Matthew Seligman*
Matthew Seligman
mseligman@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800

**FREE AND FAIR LITIGATION GROUP, INC.**
Carey R. Dunne (*pro hac vice* forthcoming)
   carey@freeandfair.org
Mónica Folch (*pro hac vice* forthcoming)
   monica@freeandfair.org
266 W. 37th St., 20th Floor
New York, NY 10018
T: (646) 434-8604

Attorneys for Amici Curiae

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Amici Curiae, certifies that this brief contains 434 words, which:

☑ complies with the word limit of L.R. 11-6.1.

☑ complies with the word limit set by court order dated September 8, 2025 (Dkt. No. 22).

DATED: October 10, 2025

**STRIS & MAHER LLP**

*/s/Matthew Seligman*
Matthew Seligman
  mseligman@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800