UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CR 25-00250-JVS-1 & ED CR 25-00264-SSS | Date | August 28, 2026 |
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

Interpreter N/A

| Derek Davis | Araceli Prado | Alexander P. Robbins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Tu Anh Tran | **NOT** | | | H. Dean Steward | ✓ | | ✓ |
| Jamie Hector Ramirez | **NOT** | | | James A. Flynn, DFPD | ✓ | ✓ | |

**Proceedings: Zoom Status Conference re Motion for Reconsideration re Motion to Dismiss Case Filed by Defendant Tu Anh Tran [60]**

Cause called and counsel make their appearance. The hearing is held via Zoom videoconference. As stated on the record, defense counsel orally waives their clients' presence at the hearing. The Court and counsel confer regarding the Motion for Reconsideration re Motion to Dismiss Case Filed by Defendant Tu Anh Tran [60] (case SA CR 25-00250-JVS-1) and a forthcoming Motion for Defendant Jamie Hector Ramirez (case ED CR 25-00264-SSS).

The Court sets the following dates:
The briefing for Defendant Ramirez's Motion is due no later than September 4, 2026. The Government's responses are due no later than September 23, 2026. Defendants' replies are due no later than September 30, 2026. The Court will set a hearing by text order for approximately the week of October 12, 2026.

Counsel are reminded to serve any documents relating to these motions to the Courtroom Deputy Clerk at DMG_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

0:07 | 0:07