Office of the Attorney General
Washington, D. C. 20530

ORDER NO. 7207-2026

ORDER REGARDING APPOINTMENT OF BILAL A. ESSAYLI AS SPECIAL ATTORNEY AND ASSISTANT UNITED STATES ATTORNEY AND DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA

By virtue of the authority vested in me as the Attorney General by law, including 28 U.S.C. §§ 509, 510, 515, 542, and 543, I hereby approve the July 29, 2025 appointment of Bilal A. Essayli as a Special Attorney in the Central District of California, his July 26, 2026 appointment as an Assistant United States Attorney, and his July 29, 2025 designation as First Assistant United States Attorney for that District; and I hereby authorize him to exercise certain functions and duties of the office of United States Attorney and also of my own office. Such functions and duties include the authority to conduct and supervise any kind of legal proceeding within that District, civil or criminal, including grand jury proceedings and proceedings before committing magistrate judges, which United States Attorneys are authorized by law to conduct, but do not include any function or duty that by law may be performed only by a United States Attorney, and do not include certifications under 18 U.S.C.§ 3731, certifications under 18 U.S.C. § 5032, and applications under 26 U.S.C. § 6103(i)(1)(B).

September 23, 2026
Dated

Attorney General