Office of the Attorney General
Washington, D. C. 20530

ORDER NO.

APPOINTMENT OF BILAL A. ESSAYLI AS AN ASSISTANT
UNITED STATES ATTORNEY FOR THE CENTRAL DISTRICT OF CALIFORNIA AND
CONTINUING DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY

Pursuant to the authority vested in the Attorney General by 28 U.S.C. § 509, 510 and 542, I appoint Bilal A. Essayli to be an Assistant United States Attorney for the Central District of California, as of July 26, 2026, and continue the designation of Mr. Essayli as First Assistant United States Attorney. As First Assistant United States Attorney, Mr. Essayli will have the authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

July 29, 2026
Date

Todd Blanche
Todd Blanche
Acting Attorney General