**Office of the Attorney General**
**Washington, D.C. 20530**

ORDER NO. 6347-2025

APPOINTMENT OF BILAL A. ESSAYLI AS SPECIAL ATTORNEY
AND DESIGNATION AS FIRST ASSISTANT UNITED STATES ATTORNEY
FOR THE CENRAL DISTRICT OF CALIFORNIA

By virtue of the authority vested in the Attorney General by law, including 28 U.S.C. § 509, 510, and 515, I hereby appoint Bilal A. Essayli as a Special Attorney and designate him as First Assistant United States Attorney for the Central District of California, effective upon his resignation as United States Attorney for the Central District of California. As First Assistant United States Attorney, Mr. Essayli will have authority to serve as Acting United States Attorney upon a vacancy in that office, subject to the conditions and time limitations of the Federal Vacancies Reform Act of 1998, 5 U.S.C. §§ 3345-3349d.

7/29/25
Date

Pamela Bondi
Attorney General