# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6506-2025

AUTHORIZING RYAN ELLISON TO PERFORM THE
FUNCTIONS OF THE UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW MEXICO

On August 14, 2025, I designated Ryan Ellison as First Assistant United States Attorney for the District of New Mexico, thereby conferring on him authority to supervise and conduct legal proceedings in that district during the vacancy in the office of United States Attorney. *See* Att'y Gen. Order 6371-2025. Questions have since arisen about the scope of Mr. Ellison's authority to perform the functions of that office. For the avoidance of doubt, I hereby confirm my prior authorization of Mr. Ellison to perform such functions and delegate to him all the delegable, nonexclusive functions of the United States Attorney for the District of New Mexico while the position of United States Attorney remains vacant. Mr. Ellison is authorized to conduct in the District of New Mexico any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before United States Magistrates. This authority includes supervising the conduct of Assistant United States Attorneys and Special Assistant United States Attorneys working on such proceedings.

12/4/25
Date

Pamela Bondi
Attorney General