TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER P. ROBBINS (Cal. Bar No. 251845)
Deputy Chief, Criminal Appeals Section
Assistant United States Attorney
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2400
E-mail: alexander.p.robbins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAIME HECTOR RAMIREZ,<br>Defendant. | No. 5:25-cr-264-SSS |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TU ANH TRAN, et al.<br>Defendant. | No. 8:25-cr-250-JVS-1 |

**GOVERNMENT'S OPPOSED EX PARTE APPLICATION TO FILE A SURREPLY**

The United States of America requests leave to file the attached surreply, which responds to discrete claims and allegations raised in defendants' reply brief. (*See Ramirez* Dkt. 75.) The proposed surreply does not respond to defendants' arguments regarding the primary legal questions before this Court—such as the validity of the Attorney General's September 23, 2026 delegation order (*see id.* at 14–16)—which can

be addressed at the upcoming hearing. Rather, the government seeks to submit this surreply to streamline the issues for oral argument and address some of the side issues raised by defendants in their reply brief. *See* L.R. 7-10; L. Cr. R. 57-1. Defense counsel (DFPD James Flynn) opposes this request.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Alexander P. Robbins*

ALEXANDER P. ROBBINS
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA