UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CR 25-00250-JVS-1 & ED CR 25-00264-SSS | Date | October 13, 2026 |
| Present: The Honorable | J. MICHAEL SEABRIGHT, UNITED STATES DISTRICT JUDGE | Page | 1 of 1 |

Interpreter N/A

| Derek Davis | Laura Elias | Alexander P. Robbins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Tu Anh Tran | ✓ | | ✓ | H. Dean Steward | ✓ | | ✓ |
| Jamie Hector Ramirez | **NOT** | | | James A. Flynn, DFPD | ✓ | ✓ | |

**Proceedings: Motion for Reconsideration re Motion to Dismiss Case (ECF 47) filed by Defendant Tu Anh Tran [60]**

**Renewed Motion to Dismiss Case, Motion to Disqualify Counsel as to Bilal Essayli filed by Defendant Jamie Hector Ramirez [68]**

Cause called and counsel make their appearance. As stated on the record, defense counsel for Mr. Ramirez orally waives their clients' presence at the hearing. The Court and counsel confer regarding the Motions. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue. The parties are to submit a written Stipulation and Proposed Order re a potential stay of the Court's decision pending appeal to the Ninth Circuit Court of Appeals by October 19, 2026.

Counsel are reminded to serve any documents relating to these motions to the Courtroom Deputy Clerk at DMG_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

0:33 | 0:33