UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **5:25-cr-264-SSS-1** | Date | Oct. 19, 2026 |
| Title | ***United States v. Ramirez*** | Page | 1 of 1 |

Present: The Honorable J. Michael Seabright, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Derek Davis | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER**

Upon review of the Motion of Carl Gordon for Leave to File Amicus Curiae Brief, ECF No. 79, the Motion is DENIED. The proposed brief would introduce matters that are collateral to the disqualification issues under submission, and would not aid the court in making its decision. *See, e.g.*, *Federal Trade Commission v. Live Nation Entertainment, Inc.*, 2026 WL 479536, at *1 (C.D. Cal. Feb. 17, 2026) (discussing the district court's discretion in allowing amici curiae, and denying leave to file amicus brief).