# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>JAIME HECTOR RAMIREZ,<br>*Defendant*. | Case No. 5:25-cr-264-SSS |
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>TU ANH TRAN,<br>*Defendant*. | Case No. 8:25-cr-250-JVS<br><br>**Order Regarding Government Motion for Stay Pending Appeal** |

Pursuant to the parties' joint stipulation dated October 19, 2026, ECF No. 81,

**IT IS ORDERED:**

1. The order disqualifying Mr. Essayli in the above-captioned cases shall not take immediate effect.
2. If the government does not timely move for a stay pending appeal pursuant to the schedule set forth below, the order disqualifying Mr. Essayli shall take effect one week from today.
3. If the government does timely move for a stay pending appeal, and if the Court denies that motion, the order disqualifying Mr. Essayli shall take effect

one week after the Court rules on the stay motion, subject to any further orders of this Court or an appellate court.

4. The government shall file any motion for a stay pending appeal no later than 5 business days from today.
5. The defendants shall file any opposition no later than 8 business days from today.
6. The government shall file any reply no later than 10 business days from today.

DATED: October 27, 2026.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

Presented by:

/s/ *James Anglin Flynn*
JAMES ANGLIN FLYNN
Deputy Federal Public Defender